UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSELYNN KÉROLLÉ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCETON INFORMATION LTD.,<br><br>Defendant. | Case No. 17-1139-ALC-GWG<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff Roselynn Kérollé ("Plaintiff") moves this Court, the Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, New York, New York 10007, to (1) grant final approval of the proposed Settlement; (2) confirm as final the Court's preliminary certification of the Settlement Class for settlement purposes only; (3) confirm as final the Court's preliminary appointment of Roselynn Kérollé as Class Representative; (4) confirm as final the Court's preliminary appointment of Class Counsel; (5) find that adequate notice was provided to the Settlement Class; (6) approve a payment of $10,367 to Dahl Administration for settlement administration costs; and (7) dismiss this lawsuit with prejudice while retaining jurisdiction over the case and the Parties to the extent necessary to implement the terms of the Settlement Agreement until each act agreed to be performed by the Parties under the Settlement Agreement has been performed.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff shall rely upon her Notice of Motion, Memorandum of Law in Support, the Declaration of Jessica Riggin and its attached exhibit, the Declaration of Kelly Kratz ("Dahl Declaration"), all other pleadings and papers on file in this action, and such argument as the Court may hear.

DATED: April 9, 2017                    RUKIN HYLAND LLP

                              By: /s/ *Jessica Riggin*

                              Peter Rukin (PR1977)
                              prukin@rukinhyland.com
                              Jessica Riggin* (CA State Bar No. 281712)
                              jriggin@rukinhyland.com
                              1939 Harrison St., Suite 290
                              Oakland, CA 94612
                              Telephone: (415) 421-1800
                              Facsimile: (415) 421-1700
                              *Admitted *Pro Hac Vice*

                              Attorneys for Plaintiff