UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSELYNN KÉROLLÉ, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PRINCETON INFORMATION LTD.,<br><br>    Defendant. | Case No.  17-1139-ALC-GWG<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA RIGGIN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

I, Jessica Riggin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a partner at Rukin Hyland LLP, attorneys for Plaintiff Roselynn Kérollé ("Plaintiff"). As such, I am familiar with all of the facts and circumstances of this action. I make this supplemental declaration in support of Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement.

2. Attached as **Exhibit 1**, in accordance with the Court's April 25, 2018 Order, is the Parties' final proposed Settlement Agreement and attached exhibits.


DATED: April 26, 2018                                        RUKIN HYLAND LLP


By: /s/ *Jessica Riggin*
_____

Jessica Riggin
jriggin@rukinhyland.com
1939 Harrison Street, Suite 290
Oakland, CA 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiff